IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JACK LAMPO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.: 15 CV 02977 ) ) Judge Rebecca R. Pallmeyer |
| PROTRANS INTERNATIONAL, INC., an Indiana corporation; WESTERN DEDICATED, L.P. d/b/a MILLENNIAL TRANSPORT SERVICES, a limited partnership, and HERMAN LEVY, | ) ) ) ) ) |
| Defendants. | ) ) |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, JACK LAMPO, by and through his attorneys, ROBERT J. WAGNER, and Robert J. Wagner, P.C., the Defendant, PROTRANS INTERNATIONAL, INC., an Indiana corporation, by and through their attorneys, BRYAN J. KIRSCH and the Law Offices of Edward J. Kozel; the Defendants, WESTERN DEDICATED, L.P. d/b/a MILLENNIAL TRANSPORT SERVICES, a limited partnership, and HERMAN LEVY, by and through their attorneys, JOEL D. GROENEWOLD and Kopka, Pinkus, Dolin PC; and Third Party Defendant/Intervening Plaintiff, SAIA MOTOR FREIGHT LINE, LLC., by and through their attorneys, BONNIE B. BIJAK and Tucker, Robin & Merker, LLC; and JAMES F. MARUNA and Cassiday Schade LLP, and hereby stipulate and agree to dismiss the above-captioned cause with prejudice without costs assessed to either party, all matters of controversy having been compromised and settled, and all court costs having been paid.

This Stipulation may be executed in counterparts and any executed counterpart shall constitute the stipulation of the parties and all of the counterparts shall together constitute one and the same Stipulation.

SIGNATURE PAGE NEXT

Page 1 of 2

DATED: April 8, 2016.

JACK LAMPO

By: _____
ROBERT J. WAGNER
Robert J. Wagner, P.C.

PRO TRANS INTERNATIONAL,
INC., an Indiana corporation

By: _____
BRYAN J. KIRSCH
Law Offices of Edward J. Kozel

WESTERN DEDICATED, L.P.
d/b/a MILLENIAL TRANSPORT
and HERMAN LEVY

By: _____
JOEL D. GROENEWOLD
Kopka, Pinkus, Dolin PC

SAIA MOTOR FREIGHT LINE, LLC

By: _____
BONNIE B. BIJAK
Tucker, Robin & Merker, LLC

By: _____
JAMES F. MARUNA
Cassiday Schade LLP

ARDC #3127784
Robert J. Wagner
ROBERT J. WAGNER, P.C.
108 North Walkup Avenue
Crystal Lake, Illinois 60014
815/455-1448 Facsimile: 815/477-8399
mayorbob@ameritech.net

Y:\RJW forms\Settlement\Stipulations & Orders to Dismiss\Stipulation - short form.doc

DATED:  April 8, 2016.

JACK LAMPO

By: _____
ROBERT J. WAGNER
Robert J. Wagner, P.C.

PRO TRANS INTERNATIONAL,
INC., an Indiana corporation

By: _____
BRYAN J. KIRSCH
Law Offices of Edward J. Kozel

WESTERN DEDICATED, L.P.
d/b/a MILLENIAL TRANSPORT
and HERMAN LEVY

By: _____
JOEL D. GROENEWOLD
Kopka, Pinkus, Dolin PC

SAIA MOTOR FREIGHT LINE, LLC

By: _____
BONNIE B. BIJAK
Tucker, Robin & Merker, LLC

By: _____
JAMES F. MARUNA
Cassiday Schade LLP

ARDC #3127784
Robert J. Wagner
ROBERT J. WAGNER, P.C.
108 North Walkup Avenue
Crystal Lake, Illinois  60014
815/455-1448  Facsimile:  815/477-8399
mayorbob@ameritech.net

Y:\RJW forms\Settlement\Stipulations & Orders to Dismiss\Stipulation - short form.doc

DATED: April 8, 2016.

JACK LAMPO

By: _____
ROBERT J. WAGNER
Robert J. Wagner, P.C.

PRO TRANS INTERNATIONAL,
INC., an Indiana corporation

By: _____
BRYAN J. KIRSCH
Law Offices of Edward J. Kozel

WESTERN DEDICATED, L.P.
d/b/a MILLENIAL TRANSPORT
and HERMAN LEVY

By: _____
JOEL D. GROENEWOLD
Kopka, Pinkus, Dolin PC

SAIA MOTOR FREIGHT LINE, LLC

By: _____
BONNIE B. BIJAK
Tucker, Robin & Merker, LLC

By: _____
JAMES F. MARUNA
Cassiday Schade LLP

ARDC #3127784
Robert J. Wagner
ROBERT J. WAGNER, P.C.
108 North Walkup Avenue
Crystal Lake, Illinois 60014
815/455-1448 Facsimile: 815/477-8399
mayorbob@ameritech.net

Y:\RJW forms\Settlement\Stipulations & Orders to Dismiss Stipulation - short form.doc