**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Jack Lampo

                        Plaintiff,

v.                                             Case No.: 1:15–cv–02977
                                                                       Honorable Rebecca R. Pallmeyer

Western Dedicated, L.P., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 15, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation [66], this case is dismissed with prejudice. Status hearing set for 4/29/16 is stricken. Civil case terminated. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.